UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
ABERCROMBIE & FITCH TRADING CO.,    :
                               Plaintiff,   :
                                                          :          24 Civ. 6521 (LGS)
                        -against-             :
                                                          :          ORDER
QUESTER (US) ENTERPRISES, INC., et al.,  :
                              Defendants.  :
                                                          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a premotion conference regarding Defendant Jizan Perfumes LLC is scheduled for January 21, 2025. It is hereby

**ORDERED** parties other than Jizan Perfumes LLC and Plaintiff need not appear at the conference.

Dated: January 17, 2025
       New York, New York

                                                                       LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE