UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABERCROMBIE & FITCH TRADING CO.,
                                Plaintiff,

-against-

QUESTER (US) ENTERPRISES, INC., et al.,
                                Defendants.
------------------------------------------------------------X

24 Civ. 6521 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on January 21, 2025. As discussed at the conference, it is hereby

**ORDERED** that, by **February 4, 2025**, Defendant Jizan Perfumes LLC ("Jizan") shall file a letter regarding the Court's personal jurisdiction (if any) over Jizan under FRCP 4(k)(2), the propriety of jurisdictional discovery, and how the parties would like to proceed. It is further

**ORDERED** that Plaintiff shall respond by February 11, 2024.

Dated: January 21, 2025
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE