

1108 Manhattan Avenue, Unit B, Manhattan Beach, California 90266
www.BlakelyLawGroup.com  T 310-546-7400  F 310-546-7401

April 21, 2025

<u>VIA ECF</u>
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Notice of Settlement with defendants FragranceX.com Inc. and Dom Stores LLC
  *Abercrombie & Fitch Trading Co. v. Quester (U.S.) Enterprises, Inc. et. al.*
  Case No. 1:24-cv-06521-LGS

Dear Hon. Schofield,

Plaintiff Abercrombie & Fitch Trading Co. ("Abercrombie" or "Plaintiff") and defendants FragranceX.com, Inc. and Dom Stores ("Defendants") have reached a settlement in principle. The Parties thus respectfully request that this Court vacate all deadlines with respect to Defendants, including deadlines relating to Defendants' recently filed Motion for a Protective Order. Plaintiff anticipates filing a dismissal of Defendants from the Action in the coming weeks.

Respectfully Submitted,

 /s/ Tara A. Currie
Tara A. Currie


All deadlines for Defendants FragranceX.com and Dom Stores are vacated. By **May 23, 2025**, Plaintiff shall file a dismissal or a status letter describing the status of the settlement. So Ordered.

Dated: April 22, 2025
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE