

1108 MANHATTAN AVENUE, UNIT B, MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM T 310-546-7400  F 310-546-7401

April 23, 2025

**VIA ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

All deadlines for Defendant FragranceNet.com, Inc. are vacated. By **May 23, 2025**, Plaintiff shall file a dismissal or a status letter describing the status of the settlement. So Ordered.

Dated: April 23, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:**   **Notice of Settlement with defendant FragranceNet.com, Inc.**
*Abercrombie & Fitch Trading Co. v. Quester (U.S.) Enterprises, Inc. et. al.*
Case No. 1:24-cv-06521-LGS

Dear Hon. Schofield,

Plaintiff Abercrombie & Fitch Trading Co. ("Abercrombie" or "Plaintiff") and defendant FragranceNet.com, Inc. ("Defendant") have reached a settlement in principle. The Parties thus respectfully request that this Court vacate any and all deadlines with respect to Defendant. Plaintiff anticipates filing a dismissal of Defendant from the Action in the coming weeks.

Respectfully Submitted,

_/s/ Tara A. Currie_____
Tara A. Currie