UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :
ABERCROMBIE & FITCH TRADING CO.,     :
                                   Plaintiff,   :
                                                       :             24 Civ. 6521 (LGS)
                      -against-                   :
                                                       :                  ORDER
QUESTER (US) ENTERPRISES, INC., et al.,   :
                                   Defendants. :
                                                        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on May 13, 2025.  As discussed at the conference, it is hereby

      **ORDERED** that Defendant Beauty Store LLC ("Defendant") shall appear for a 30(b)(6) deposition on June 9, 2025, to be held virtually.  Plaintiff shall complete its questioning within one and a half (1.5) hours.  Should any other defendants appear, those defendants shall receive an additional one (1) hour collectively to question the witness.  Should the parties wish to proceed on a different mutually acceptable date, the parties shall seek leave from the Court by joint letter.  It is further

      **ORDERED** that by May 20, 2025, a proposed stipulation, which shall state: (i) Defendant's agreement that the deposition testimony it previously gave in the prior California action may be treated as 30(b)(6) testimony in this action; and (ii) the subject(s) of the deposition ordered in the preceding paragraph.  It is further

      **ORDERED** that a ruling on Plaintiff's request to compel Defendant to provide discovery concerning Defendant's financial wealth is denied without prejudice to renewal when and if a trial between Plaintiff and Defendant is scheduled.  It is further

**ORDERED** that Plaintiff's motion for sanctions is denied without prejudice.  It is further

**ORDERED** that Defendant's motion for a protective order is denied without prejudice.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 256.

Dated: May 14, 2025
       New York, New York

                                           LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE