```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abercrombie & Fitch Trading Co.,

                              Plaintiff,

-against-

Quester (US) Enterprises, Inc., et al.,

                              Defendants.

1:24-cv-06521 (LGS)(SDA)

ORDER SCHEDULING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, May 30, 2025, at 10:00 a.m. EST. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Although Section 4 of the Procedures typically requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference, Judge Aaron will permit the parties to send their letters by Tuesday, May 27, 2025.

SO ORDERED.

Dated:    New York, New York
           May 22, 2025

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge