UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                               :
ABERCROMBIE & FITCH TRADING CO.,          :
                                        Plaintiffs,   :
                                                               :          24 Civ. 6521 (LGS)
                          -against-                    :
                                                               :          **ORDER**
QUESTER., et al.,                                     :
                                        Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 27, 2025, required Plaintiff to file a status letter on

settlement with Defendants Sapphire Trading, Sce Incorporated and Flora 247 by June 20, 2025.

WHEREAS, Plaintiff has not filed such a letter.

WHEREAS, nothing has been filed on the docket since June 18, 2025.  It is hereby

**ORDERED** that Plaintiff shall file a status letter on settlement with Defendants Sapphire

Trading, Sce Incorporated and Flora 247 by **June 27, 2025**.

Dated:  June 24, 2025
        New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE