UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                :

ABERCROMBIE & FITCH TRADING CO.,   :

                                      Plaintiffs,   :

                                                        :      24 Civ. 6521 (LGS)

                     -against-                   :

                                                        :          **ORDER**

QUESTER., et al.,                                :

                                              Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Fourth Amended Case Management Plan dated June 16, 2025, requires the parties to file joint status letters every thirty days.

       WHEREAS, the parties filed their last joint status letter on July 28, 2025.

       WHEREAS, nothing has been filed on the docket since August 1, 2025.  It is hereby

       **ORDERED** that the parties shall file a joint status letter by **September 5, 2025**.

Dated: September 3, 2025
       New York, New York

                                                       **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**