**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Abercrombie & Fitch Trading Co.,** | |
| **Plaintiff,** | **1:24-cv-06521 (LGS) (SDA)** |
| **-against-** | **ORDER SCHEDULING** |
| **Quester (US) Enterprises, Inc., et al.,** | **SETTLEMENT CONFERENCE** |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference with Plaintiff and Defendants Perfume Network, Inc., Modern Perfumes LLC and Flora 247 Inc. is scheduled before Magistrate Judge Stewart Aaron on Tuesday, November 4, 2025, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, October 28, 2025).

**SO ORDERED.**

Dated:      New York, New York
            October 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge