UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-------------------------------------------------------------- X
                                              :

ABERCROMBIE & FITCH TRADING CO.,    :

                            Plaintiffs,    :

                                   :        24 Civ. 6521 (LGS)

          -against-         :

                                   :        **ORDER**

QUESTER., et al.,               :

                       Defendants.  :
\-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on February 17, 2026.  It is hereby

**ORDERED** that, by **February 23, 2026**, counsel for Defendant Perfume Network Inc.

shall file a letter updating the Court on counsel's efforts to communicate with Perfume Network

Inc.  It is further

**ORDERED** that, by **March 3, 2026**, Plaintiff and Defendant Modern Perfumes LLC

shall file a joint letter on the status of settlement.  It is further

**ORDERED** that should the parties be unable to reach agreement, Plaintiff may move for

summary judgment against any remaining defendants by **May 1, 2026**.  Any oppositions are due

by **May 15, 2026**.  Any reply is due by **May 22, 2026**.

Dated: February 18, 2026
      New York, New York

                                    _____

                                      LORNA G. SCHOFIELD
                                **UNITED STATES DISTRICT JUDGE**