**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Abercrombie & Fitch Trading Co.,**

**Plaintiff,**

**-against-**

**Quester (US) Enterprises, Inc., et al.,**

**Defendants.**

**1:24-cv-06521 (LGS) (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference with Plaintiff and Defendants DSP Trading Inc. and SDT Enterprises Inc. is scheduled before Magistrate Judge Stewart Aaron on Monday, March 16, 2026, at 12:00 p.m. EST. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, except that any pre-settlement conference letters shall be sent to the Court no later than Friday, March 13, 2026 by 2:00 p.m. EST.

**SO ORDERED.**

Dated:    New York, New York
          March 10, 2026

_____
STEWART D. AARON
United States Magistrate Judge