UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                         :
ABERCROMBIE & FITCH TRADING CO.,                         :
                                      Plaintiff,         :
                                                         :          24 Civ. 6521 (LGS)
              -against-                                   :
                                                         :              ORDER
QUESTER (US) ENTERPRISES, INC., et al.,                  :
                                     Defendants.         :
                                                         :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 4, 2025, Plaintiff and Defendant Modern Perfumes LLC attended a settlement conference before Magistrate Judge Aaron.

WHEREAS, on March 3, 2026, Plaintiff and Defendant Modern Perfumes LLC submitted a joint status letter stating that they "have picked up where they last left off in settlement discussions after the mediation with Magistrate Judge Stewart Aaron" and that "Modern Perfumes recently provided additional information in furtherance of settlement and Plaintiff needs more time to evaluate."

WHEREAS, on March 16, 2026, Plaintiff and Defendants DSP Trading Inc., SDT Enterprises Inc. and Flora 247 Inc. attended a settlement conference before Magistrate Judge Aaron.  It is hereby

**ORDERED** that by **April 20, 2026**, the parties shall file joint status letters regarding the status of settlement with Modern Perfumes LLC, DSP Trading Inc., SDT Enterprises Inc. and Flora 247 Inc.

Dated: April 6, 2026
       New York, New York

_____
       **LORNA G. SCHOFIELD**
  **UNITED STATES DISTRICT JUDGE**