UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                         :

ABERCROMBIE & FITCH TRADING CO.,     :
                       Plaintiff,   :

                                       :         24 Civ. 6521 (LGS)

       -against-              :

                                       :           ORDER

QUESTER (US) ENTERPRISES, INC., et al.,  :
                   Defendants.  :

                                       :

-------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 23, 2026, Plaintiff filed proposed clerk's certificates of default on the docket with respect to Defendants Farhad International Pte Limited, Fame Ascent Trading, Diamond Ocean Limited and Diamond Cosmetics Pte Limited.  (Dkt. Nos. 369-79).

WHEREAS, on April 24, 2026, the Clerk's Office docketed notices that the filings were deficient.  It is hereby

**ORDERED** that, by **June 5, 2026**, Plaintiff shall submit an update as to the status of the deficient filings and whether Plaintiff intends to pursue entry of default against the above-named defendants.

Dated: June 2, 2026
       New York, New York

                                      LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE