UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ABERCROMBIE & FITCH TRADING CO.,
Plaintiff,

-against-

QUESTER (US) ENTERPRISES, INC., et al.,
Defendants.

---------------------------------------------------------------X

24 Civ. 6521 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, various Defendants have asserted crossclaims against one another over the course of this litigation, and certain parties have since been dismissed from the action. It is hereby

**ORDERED** that by **August 13, 2026**, the parties shall file a joint letter identifying any crossclaims that remain pending and stating whether they intend to continue pursuing those crossclaims.

Dated: July 30, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE