BLAKELY Law Group 1108 MANHATTAN AVENUE, UNIT B, MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM T 310-546-7400 F 310-546-7401

August 10, 2026

***VIA ECF***
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Plaintiff's Request for Leave to File Under Seal Another Party's Confidential Documents**
*Abercrombie & Fitch Trading, Co. v. Quester (U.S.) Enterprises, Inc. et. al.*
Case No. 1:24-cv-06521-LGS

Dear Hon. Schofield,

Pursuant to Section I(D) of this Court's Individual Rules & Practices, plaintiff Abercrombie & Fitch Trading, Co. ("Plaintiff" or "Abercrombie") respectfully submits this letter to request leave to file under seal in connection with its Motion for Default Judgment.

The following documents were designated as Confidential or Attorneys' Eyes Only by other Parties:

1. Exhibit F to Currie Declaration – FragranceNet's purchase records
2. Exhibit G to Currie Declaration – Beauty Store's purchase records

Prior to filing this Letter-Motion, Plaintiff attempted to confer with counsel for FragranceNet and Beauty Store – parties who have been dismissed – regarding the sealing of the above documents. Plaintiff notified counsel that a response would be due within two (2) business days per this Court's Rules.

Plaintiff has dismissed every defendant except for those in default – Farhad International, Fame Ascent Trading, Diamond Ocean Limited, and Diamond Cosmetics Pte Limited. Due to the lack of their participation and appearance in this case, they would not have access and/or are not registered ECF users in this case. Plaintiff nevertheless identifies those Parties on the Appendix.

Respectfully Submitted,

*/s/ Tara A. Currie*___
Tara A. Currie (*pro hac vice*)
*Attorneys for Plaintiff*
*Abercrombie & Fitch Trading, Co.*

**APPENDIX OF PARTIES WHO SHOULD HAVE ACCESS**

1. Plaintiff Abercrombie & Fitch Trading, Co.'s attorneys of record:
    a. Brent H. Blakely (bblakely@blakelylawgroup.com)
    b. Tara A. Currie (tcurrie@blakelylawgroup.com)
2. Defendant Beauty Store LLC's attorney of record:
    a. Kevin Francis Murphy (kevin.murphy@wg-law.com)
3. Defendant Fragrancenet.com, Inc.'s attorneys of record:
    a. Andrew T. Hambleton (andrew.hambleton@blankrome.com)
    b. Andrew Mitchell Kaufman (andrew.kaufman@blankrome.com)
4. Defendant Diamond Ocean Limited and/or any retained attorneys
5. Defendant Diamond Cosmetics Pte Limited and/or any retained attorneys
6. Defendant Fame Ascent Trading and/or any retained attorneys
7. Defendant Farhad International Pte Ltd. and/or any retained attorneys

By **August 13, 2026**, Plaintiff shall serve a copy of this Order on Beauty Store LLC and Fragrancenet.com, Inc. by email and mail and shall promptly file documentary proof of service (e.g., USPS delivery notification) on the docket.

By **August 20, 2026**, Beauty Store LLC and Fragrancenet.com, Inc. shall file any letter in support of sealing the at-issue documents. Requests to withhold information from the public record must be narrowly tailored such that redactions are preferred to sealing entire documents. If no such letter is filed, the documents will be unsealed, subject to FRCP 5.2 and SDNY ECF Rule 21.3. So Ordered.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE