UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABERCROMBIE & FITCH TRADING CO., Plaintiff, -against- QUESTER (US) ENTERPRISES, INC., et al., Defendants. | 24 Civ. 6521 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 27, 2026, directed Plaintiff to file a proposed Order to Show Cause for default judgment.

WHEREAS, on August 10, 2026, Plaintiff filed a motion for default judgment and supporting papers but not the proposed Order to Show Cause. It is hereby

**ORDERED** that by **August 13, 2026**, Plaintiff shall file a proposed Order to Show Cause. Plaintiff need not refile its supporting papers.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE