UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABERCROMBIE & FITCH TRADING CO., Plaintiff, -against- QUESTER (US) ENTERPRISES, INC., et al., Defendants. | 24 Civ. 6521 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, alternative service via email was authorized as to Defendants Fame Ascent Trading ("Fame") and Diamond Ocean Limited ("Diamond") on October 23, 2024, and February 11, 2025, respectively. (Dkts. 79, 181).

WHEREAS, Plaintiff served the operative complaint and subsequent default-related papers on Fame and Diamond via email and obtained Clerk's Certificates of Default as to these defendants.

WHEREAS, after email service was authorized, the Second Circuit held in *Smart Study Co., Ltd. v. Shenzhenshixindajixieyouxiangongsi*, 164 F.4th 164 (2d Cir. 2025), that the Hague Service Convention prohibits email service on China-based defendants. China objects to Article 10(a) of the Convention, which provides for service by "postal channels." The Second Circuit noted that some courts have construed the term "postal channels" to include email service, but did not resolve that question because China has objected to the methods of service provided by Article 10. *Id.* at 170.

WHEREAS, Fame and Diamond are residents of Hong Kong, and Hong Kong does not object to Article 10(a) of the Convention. *See, e.g.*, *Henry Haining Zhang v. Kon Ki Lo*, No. 14 Civ. 6945, 2020 WL 2133163, at *7 (S.D.N.Y. May 5, 2020). *Smart Study* did not squarely resolve whether email service is permissible on Hong Kong-based defendants, including whether email service falls within

Article 10(a)'s reference to service through "postal channels." It is hereby

**ORDERED** that by **August 24, 2026**, Plaintiff shall file a letter addressing the adequacy of email service on Fame and Diamond in light of *Smart Study*. The letter shall also address whether Plaintiff knows, or through reasonable diligence could ascertain, a physical address for either Fame or Diamond.

Dated: August 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE