UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ABERCROMBIE & FITCH TRADING CO., Plaintiff, -against- QUESTER (US) ENTERPRISES, INC., et al., Defendants. | : | 24 Civ. 6521 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff seeks to file two exhibits under seal in connection with its default judgment motion. The exhibits consist of purchase orders that Fragrancenet.com, Inc. ("FragranceNet") and Beauty Store LLC ("Beauty Store") previously designated as confidential.

WHERAS, the Order dated August 11, 2026, directed FragranceNet and Beauty Store to file by August 20, 2026, any letter in support of sealing those documents and stated that absent such a letter, the documents would be unsealed. The Order directed Plaintiff to serve a copy of the Order on FragranceNet and Beauty Store by email and mail and to promptly file documentary proof of service (e.g., USPS delivery notification) on the docket.

WHEREAS, no proof of service has been filed, and FragranceNet has not yet filed a letter in support of sealing on the docket. It is hereby

**ORDERED** that by **August 20, 2026**, Plaintiff shall file documentary proof of service on FragranceNet.

Dated: August 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE