UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ABERCROMBIE & FITCH TRADING CO.,
Plaintiff,

-against-

QUESTER (US) ENTERPRISES, INC., et al.,
Defendants.

---------------------------------------------------------------X

24 Civ. 6521 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, various Defendants have asserted cross-claims against one another over the course of this litigation.

WHEREAS, the joint letter dated August 13, 2026, represented that those Defendants do not intend to pursue any remaining cross-claims.

WHEREAS, because the docket did not reflect dismissal of all cross-claims asserted by Defendants Modern Perfumes, Fragrancenet.com and Flora 247, an Order dated August 17, 2026, directed those Defendants to file appropriate notices or stipulations of dismissal of any remaining cross-claims by August 24, 2026. Modern Perfumes and Fragrancenet.com have not made such filings. It is hereby

**ORDERED** that, in light of Defendants' representation that they do not intend to pursue their remaining cross-claims, the remaining cross-claims are dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate any remaining Cross-claim Defendants.

Dated: August 27, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE