Schenck Price
SCHENCK PRICE SMITH & KING, LLP
*Serving Our Clients and Community For Over 100 Years*

**THOMAS J. COTTON**
*Admitted in NJ & NY*
Direct Line: 973-540-7333
Email: tjc@spsk.com
220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

October 6, 2026

**Via ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The adjournment request is held in abeyance pending counsel's filing of a notice of appearance on the docket, pursuant to Local Civil Rule 1.4(a). So Ordered.

Dated: October 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** **Abercrombie & Fitch Trading Co. v. Quester (U.S.) Enterprises, Inc. et. al.**
**Docket No. 1:24-cv-06521-LGS**
**Our File No. 37543-1**
*Request to Adjourn Briefing Schedule and Order to Show Cause Hearing*

Dear Judge Schofield:

This firm represents defendant Farhad International Pte Ltd in the above-referenced matter. We respectfully request a three-week adjournment of the briefing schedule and hearing set by the Court's September 3, 2026 Order to Show Cause concerning plaintiff's motion for default judgment. This is defendant's first request for an adjournment.

Under the current schedule, defendant's opposition is due October 8, 2026; Plaintiff's reply is due October 15, 2026; and the hearing on the Order to Show Cause is scheduled for October 20, 2026. With plaintiff's consent, defendant respectfully requests the new proposed schedule:

- Defendant shall file its opposition on or before October 29, 2026;
- Plaintiff shall file any reply on or before November 5, 2026; and
- The hearing on the Order to Show Cause shall be adjourned to November 10, 2026.

Our firm was recently retained to represent defendant. The requested adjournment will afford counsel sufficient time to review the matter and will allow the parties to engage in discussions in the hope of resolving this matter without the need for further judicial intervention.

Should additional information be required for the consideration of this request, the parties will immediately provide same. As always, we appreciate the Court's courtesies.

Respectfully submitted,

SCHENCK PRICE SMITH & KING, LLP

s/ Thomas J. Cotton, Esq.
Thomas J. Cotton, Esq.